JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYANE CHEVCHYAN, | EDCV 13-1105 PA (OPx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BANK OF AMERICA, N.A., QUALITY LOAN SERVICE CORPORATION, NATIONSTAR MORTGAGE, LLC, and DOES 1-200, inclusive, | |
| Defendants. | |

Pursuant to the Court's July 19, 2013 Minute Order granting the Motion to Dismiss filed by defendants Bank of America, N.A. and Nationstar Mortgage, LLC (collectively "Defendants"), which dismissed all of the federal claims asserted by plaintiff Gayane Chevchyan ("Plaintiff") with prejudice, and declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and dismissed those claims without prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's federal claims for violations of the Truth in Lending Act, and Fair Debt Collections Practices Act are dismissed with prejudice and Plaintiff's remaining state law claims are dismissed without prejudice.

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2   nothing and that Defendants shall have their costs of suit.
3   IT IS SO ORDERED.

4

5   DATED: July 19, 2013                    _____
                                                    Percy Anderson
6                                            UNITED STATES DISTRICT JUDGE